

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

November 15, 2013

**VIA ELECTRONIC CASE FILING**
Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

>       Re:   Patrick Carr v. United States, *et al.*
>             No. CV-13-0743 (Spatt, J.) (Brown, M.J.)

Dear Judge Spatt:

      This office represents the United States in the above-referenced Federal Tort Claims Act action. This office is awaiting information necessary to respond to plaintiff's amended complaint, which is due on November 19, 2013, as well as co-defendants' cross-claims. Accordingly, this office respectfully requests, with the parties' consent, that the United States' time to answer, move or otherwise respond to plaintiff's amended complaint and co-defendant's crossclaims be extended thirty (30) days to December 20, 2013. This is the United States' first request for an extension of time in this action.

      Thank you for Your Honor's consideration of this application.

>                       Respectfully submitted,
>
>                       LORETTA E. LYNCH
>                       UNITED STATES ATTORNEY
>
>             By:   /s/ *Robert B. Kambic*
>                       Robert B. Kambic
>                       Assistant U.S. Attorney
>                       (631) 715-7852

cc: All parties of record