

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

610 Federal Plaza
Central Islip, New York 11722

December 19, 2013

**VIA ELECTRONIC CASE FILING**
Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 20 2013 ★

LONG ISLAND OFFICE

Re: Patrick Carr v. United States, *et al.*
No. CV-13-0743 (Spatt, J.) (Brown, M.J.)

Dear Judge Spatt:

This office represents the United States in the above-referenced Federal Tort Claims Act action. Pursuant to Your Honor's Individual Rule 1(F), the United States respectfully requests, with the parties' consent, a 21-day extension of time, from December 20, 2013 to January 10, 2014, to answer, move or otherwise respond to plaintiff's amended complaint and co-defendant's crossclaims. Due to the undersigned's personal commitments to attend to an ill family member, and the upcoming holidays, additional time is requested to prepare the United States' responses. The Court has granted one previous request for an extension of time in this action.

Thank you for Your Honor's consideration of this application.

REQUEST GRANTED.
SO ORDERED.

/s/ Arthur D. Spatt
ARTHUR D. SPATT, USDJ
12/20/13

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/ Robert B. Kambic
Robert B. Kambic
Assistant U.S. Attorney
(631) 715-7852

cc: All parties of record